# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-CR-189-RLH-VCF |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JOSEPH POBLETE, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#54, filed October 31, 2012), entered by the Honorable Cam Ferenbach, regarding Defendant's Motion to Suppress (#20, filed May 23, 2012). Objections (#56) were filed to Magistrate Judge Ferenbach's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States has filed a Response (#57) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Ferenbach should be accepted and adopted.

1

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#54, entered October 31, 2012) is ACCEPTED and ADOPTED, and Defendant's Motion to Suppress (#20) is denied.

Dated: November 20, 2012.

_____
**ROGER L. HUNT**
**U.S. District Judge**